# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE DEZOICE,<br><br>        **Plaintiff,**<br><br>v.<br><br>IC SYSTEMS, INC.,<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)  Case No.: 2:15-cv-06664-JD<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Nicholas A. Corsano* | */s/ Craig Thor Kimmel* |
| Nicholas A. Corsano Esq. | Craig Thor Kimmel, Esq. |
| Hinshaw & Culbertson LLP | Kimmel & Silverman, P.C. |
| 800 Third Avenue | 30 East Butler Pike |
| New York NY 10022 | Ambler, PA 19002 |
| Phone: 212-471-6200 | Phone: 215-540-8888 |
| Email: ncorsano@hinshawlaw.com | Fax: 877-788-2864 |
| Attorney for the Defendant | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |
| Date: October 18, 2016 | Date: October 18, 2016 |

BY THE COURT:

_____
J.

**Certificate of Service**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 18th day of October, 2016:

Nicholas A. Corsano Esq.
Hinshaw & Culbertson LLP
800 Third Avenue
New York NY 10022
Phone: 212-471-6200
Email: ncorsano@hinshawlaw.com

Osvaldo Fontecchio, Esq.
The Law Offices of Batt & Gross
1500 John F. Kennedy Blvd
Suite 1450
Philadelphia, PA 19102
Phone: 215-629-7225
Email: ofontecchio@battlaw.us

Concepcion A. Montoya, Esq.
Hinshaw & Culbertson, LLP
800 Third Avenue
13th Floor
New York NY 10022
Phone: 212-471-6200
Email: cmontoya@hinshawlaw.com

                                            */s/ Craig Thor Kimmel*
                                            Craig Thor Kimmel, Esq.
                                            Kimmel & Silverman, P.C.
                                            30 East Butler Pike
                                            Ambler, PA 19002
                                            Phone: 215-540-8888
                                            Fax: 877-788-2864
                                            Email: teamkimmel@creditlaw.com
                                            Attorney for the Plaintiff