# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLE DEZOICE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:15-cv-06664-JD ) |
| IC SYSTEMS, INC., | ) ) |
| Defendant. | ) ) |

FILED
OCT 1 9 2016
LUCY V. CHIN, Interim Clerk
By_____Dep. Clerk

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

/s/ Nicholas A. Corsano
Nicholas A. Corsano Esq.
Hinshaw & Culbertson LLP
800 Third Avenue
New York NY 10022
Phone: 212-471-6200
Email: ncorsano@hinshawlaw.com
Attorney for the Defendant

Date: October 18, 2016

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: October 18, 2016

BY THE COURT:

Jan E. DuBois    J.
10/19/16